LANCASTER SEA BEACH IMPROVEMENT CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appel-

late Division, Second Department. June 11, 1914.) Action by the Lancaster Sea Beach Improvement Company against the City of New York. No opinion. Motion granted in part. Settle order before Mr. Justice Stapleton. See, also, 147 N. Y. Supp. 1122.